## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND, through its TRUSTEES, and VALERIE CAMPANA, in her official capacity as Administrator of the Funds,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHEROKEE CONSTRUCTION, INC.<br><br>*Defendant.* | C.A. No. 18-612 JJM |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs voluntarily dismiss the above-captioned matter with prejudice.

| | |
|---|---|
| Plaintiffs,<br>By their Attorney, | Defendant,<br>By its Attorney, |
| /s/ Elizabeth Wiens<br>Elizabeth Wiens, Esq. #6827<br>Gursky\|Wiens Attorneys at Law, Ltd.<br>1130 Ten Rod Road, Suite 207<br>North Kingstown, RI  02852<br>(401) 294-4700<br>(fax ) 294-4702<br>EWiens@rilaborlaw.com | /s/ Charles S. Kirwan<br>Charles Kirwan, Esq.<br>Kirwan Law<br>201Wayland Ave, Suite 8<br>Providence, RI 02906<br>(401) 359-1166<br>csk@ kirwanlaw.net |
| Dated: January 31, 2020 | Dated: January 31, 2020 |

## CERTIFICATION

    I hereby certify that I electronically filed the within on January 31, 2020.  The documents are available for viewing and downloading from the Court's Electronic Case Filing system.

    /s/   Elizabeth Wiens